IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE REEVES | ) | |
| | ) | |
| VS. | ) | 3-06-CV-1364-R |
| | ) | |
| BRANDON, ET AL | ) | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
August 29, 2006
CLERK, U.S. DISTRICT COURT

## O R D E R

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

IT IS FURTHER ORDERED that Plaintiff's motion to proceed in forma pauperis is denied and the petition will be dismissed pursuant to § 1915(g), unless within ten (10) days of the date of this order Petitioner tenders the $350.00 filing fee made payable to the United States District Clerk.

SIGNED this 29 day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE